

JOSHUA R. ELIAS
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4517 Fax: (973) 639-6351
jelias@gibbonslaw.com

August 29, 2019

**VIA ECF**

William T. Walsh, Clerk
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: **Plantation Bay, LLC v. Stewart Title Guaranty Company**
 **No. 15-cv-2042 (JHR)(AMD)**

Dear Mr. Walsh:

    This firm represents Defendant Stewart Title Guaranty Company ("STGC") in the above-referenced matter. In accordance with Local Civil Rule 7.1(d)(5), STGC hereby requests an automatic adjournment of the motion day for Plaintiff Plantation Bay's *First Motion for Partial Summary Judgment* (ECF No. 148), which is currently noticed for September 16, 2019. That motion day has not previously been extended or adjourned.

    With the adjournment, the new motion day is October 7, 2019, which is the next available motion day following the originally noticed date. STGC's opposition will now be due on September 23, 2019, and Plaintiff's reply, if any, will be due on September 30, 2019.

Respectfully submitted,

Very truly yours,

s/ Joshua R. Elias

Joshua R. Elias

cc: All counsel of record (via ECF)