# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| PLANTATION BAY, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> STEWART TITLE GUARANTY COMPANY, et al., <br><br>  Defendants. | Civil No. 15-2042 <br><br> **ORDER** |

Before the Court is Plaintiff's Motion for Partial Summary Judgment (Docket Item 148). After Plaintiff filed the Motion, but before Defendants were required to respond, the Court stayed this case pending the outcome of private mediation. (See Docket Item 151.) Therefore,

IT IS on this **10th** day of **October 2019**, hereby:

ORDERED that Plaintiff's Motion for Partial Summary Judgment (Docket Item 148) is hereby DISMISSED WITHOUT PREJUDICE with the right to refile once the Court lifts the stay.

  s/ Joseph H. Rodriguez  
JOSEPH H. RODRIGUEZ  
United States District Judge
